# IN THE SUPREME COURT OF THE STATE OF NEVADA

LORI IRISH,

Appellant,

vs.

JAMES H. GORMLEY,

Respondent.

No. 74370

**FILED**

JAN 08 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order vacating hearing. Eighth Judicial District Court, Family Court Division, Clark County; Cynthia Dianne Steel, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels,* 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order vacating hearing. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____ Pickering , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-00837

cc:    Hon. Cynthia Dianne Steel, District Judge, Family Court Division
Lori Irish
Black & LoBello
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A